# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO THE | : | NO. 670 |
| | : | |
| JUVENILE COURT PROCEDURAL | : | SUPREME COURT RULES |
| | : | |
| RULES COMMITTEE | : | DOCKET |

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of July, 2015, the Honorable Joy Reynolds McCoy, Lycoming County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years commencing September 1, 2015.